UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gloria Mallett,<br><br>   Plaintiff,<br><br>   v.<br><br>Home & Health Care Management, Inc. et al.,<br><br>   Defendants. | No. 2:22-cv-01217-KJM-CSK<br><br>ORDER |

This case was removed from the Sacramento Superior Court on July 11, 2022.  *See* Notice, ECF No. 1.  The parties filed a joint scheduling report on November 17, 2022, *see* JSR, ECF No. 7, and the court held an initial scheduling conference on December 2, 2022, *see* Mins., ECF No. 8.  Since then, no further action has been taken in this case.  Accordingly, plaintiff is **ordered to show cause within fourteen (14) days** why this action should not be dismissed for lack of prosecution.  *Hernandez v. City of El Monte*, 138 F.3d 393, 400 (9th Cir. 1998) ("The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." (quoting *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986))).

   IT IS SO ORDERED.

 DATED: June 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1