1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Gloria Mallett,                            No. 2:22-cv-01217-KJM-CSK

12                        Plaintiff,             ORDER

13           v.

14    Home & Health Care Management, Inc.,

15                        Defendants.

16

17         On June 7, 2024, the court ordered plaintiff to show cause within fourteen days why the

18    action should not be dismissed for lack of prosecution.  Order to Show Cause, ECF No. 11.

19    Plaintiff's counsel timely responded to the order to show cause.  Response, ECF No. 12.  In the

20    response, counsel explains the reason for plaintiff's lack of action in this case "is due to a series

21    of missteps from [counsel's] firm," which resulted in the court's scheduling order not being

22    submitted to the firm's calendar.  Treglio Decl. ¶ 4, ECF No. 12.  Counsel declares the firm has

23    taken "a number of actions designed to prevent this from happening again."  *Id.* ¶ 14.  Counsel

24    concedes "[i]t is entirely appropriate for the Court to dismiss the class allegations" but requests

25    the court "allow the action to move forward on an individual basis with a short timetable."  *Id.*

26    ¶ 15.  The court finds the response is sufficient to discharge the order to show cause.

27    Accordingly, the **order to show cause (ECF No. 11) is discharged**.

1

1    Discovery related to class certification is closed.  Mins. Scheduling Conf., ECF No. 8.  In

2   light of the completion of discovery related to class certification and counsel's response, the court

3   hereby sets a status conference for September 12, 2024 at 2:30 pm in Courtroom 3 (KJM) before

4   the undersigned.  The parties shall meet and confer and file a Joint Status Report by August 29,

5   2024, informing the court of the status of this case.  In their Joint Status Report, the parties may

6   include information on whether they seek to amend the scheduling order and seek an extension of

7   the class certification discovery deadlines, which, as noted, have already passed.  The parties may

8   also propose dates for a case schedule to move forward with plaintiff's individual claim.

9    IT IS SO ORDERED.

10   DATED:  July 29, 2024.

11   _____

CHIEF UNITED STATES DISTRICT JUDGE